IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. C 06-4019-DEO |
| vs. | ) | |
| CHRISTINE K. MAIDEN, | ) | DEFAULT ENTRY AND ENTRY OF JUDGMENT BY DEFAULT |
| Defendant(s). | ) | |

On this 27th day of April, 2006, it appearing from the record and Declaration filed herein that the Defendant, Christine K. Maiden, is in default.

IT IS ORDERED AND ADJUDGED that the default of said Defendant be, and accordingly is entered; and

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff United States of America, recover of Christine K. Maiden, the Defendant, as follows:

| | |
|---|---|
| Principal | $3,431.19 |
| Interest through December 29, 2005 | $6,433.31 |
| Costs | $.00 |
| TOTAL | $9,864.50 |

plus interest accruing after December 29, 2005, at the rate of 9% until the date of judgment herein, together with interest at the legal rate thereafter compounding annually until paid in full, plus accruing costs, plus $250 costs as allowed by law; and judgment thereof is hereby accordingly entered.

DATED: April 27, 2006

PRIDGEN J. WATKINS, JR., Clerk

by: /s/ des, Deputy Clerk

United States District Court
Northern District of Iowa

A copy of this document has been mailed/faxed to all counsel of record, pro se parties and others listed and not shown as having been served electronically under the cm/ecf system:

copy to defaulted defendant
by: /s/ des    4/27/06